1
2
3                          UNITED STATES DISTRICT COURT
4                          EASTERN DISTRICT OF CALIFORNIA
5

6   JOSEPH G. FREITAS and JUDITH K.
    FREITAS, individually and dba JOSEPH G.          Case No.  1:15-cv-00659-LJO-MJS
7   FREITAS FARMS; and JHP RANCH, INC., a
8   California corporation

9        Plaintiffs,                                 **ORDER OF DISMISSAL**

10       vs.

11  DEPARTMENT OF THE NAVY; UNITED
12  STATES OF AMERICA; and DOES 1-100,
    inclusive
13
14       Defendants.

15       Based upon the stipulation of all parties pursuant to FRCP 41(a)(1)(ii), the above-

16  captioned action is hereby dismissed against Defendants with prejudice and with each party to

17  bear its own attorneys' fees and costs.

18
19
20  IT IS SO ORDERED.
21
        Dated:   **April 14, 2016**                      **/s/ Lawrence J. O'Neill**
22                                                   UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28

                                             1